# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DURRUSEHVAR TUNCER, *et al.,*

        Plaintiffs,

vs.

AMERICAS SERVICING COMPANY,

        Defendant.

Case No. 2:11-cv-00464-RCJ-PAL

**ORDER**

    This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered March 29, 2011, regarding removal of this case to federal district court. On April 18, 2011, Defendant filed a signed Statement (Dkt. #7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

    **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., May 20, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 6th day of May, 2011.

                                                      Peggy A. Leen
                                                    United States Magistrate Judge